# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE JEREMIAS SIC-SIC,<br><br>Petitioner,<br><br>v.<br><br>WARDEN/FACILITY ADMINISTRATOR CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 1:26-cv-06163-KES-SAB-HC<br><br>ORDER DIRECTING ATTORNEY ANNA WEISER TO FILE SUPPLEMENT TO MOTION TO WITHDRAW |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 11, 2026, attorney Anna Weiser filed a motion to withdraw as attorney for Petitioner. (ECF No. 8.) Therein, counsel states that she entered an appearance in this action on behalf of Petitioner while employed by Smith & Eulo Law Firm ("Smith & Eulo"), her employment with Smith & Eulo ended on September 4, 2026, the case materials in her possession were returned to Smith & Eulo, and she "no longer has access to Smith & Eulo Law Firms's case management system, files, email systems, or other firm resources necessary to continue handling this matter through the firm." (Id. at 1–2.)

Based on the contents of the motion to withdraw and accompanying declaration, it appears to the Court that Petitioner is a client of Smith & Eulo Law Firm, as opposed to a client

of attorney Anna Weiser specifically, and thus, a substitution of attorney with a new individual attorney from Smith & Eulo would be more appropriate than withdrawal and leaving Petitioner to proceed *in propria persona*. See Local Rule 182(d), (g).

Accordingly, within seven (7) days of the date of service of this order, attorney Anna Weiser SHALL FILE a supplement regarding Petitioner's relationship with Smith & Eulo Law Firm and why withdrawal of counsel rather than substitution of attorney is appropriate.

IT IS SO ORDERED.

Dated: **September 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge